In the Matter of MADELINE ACOSTA, Respondent, v NEW YORK CITY DEPARTMENT OF EDUCATION et al., Appellants.

Submitted January 19, 2010; decided February 11, 2010

Motion by New York City Bar Association for leave to file a

brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.